THE STATE EX REL. HAMPTON, APPELLANT, *v.* OHIO
ADULT PAROLE AUTHORITY, APPELLEE.

[Cite as *State ex rel. Hampton v. Ohio Adult
Parole Auth.* (1992), 65 Ohio St.3d 132.]

(No. 92–1272—Submitted October 13, 1992—Decided November 18, 1992.)

*Rick Hampton*, pro se.

*Lee I. Fisher*, Attorney General, and *Donald A. Cataldi*, Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.